UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GLADIS FLORES SANCHEZ,<br>　　　　Plaintiff,<br>　　v.<br>NICOL DUDLEY, et al.,<br>　　　　Defendants. | Case No. 22-cv-05234-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 26 |

This case was originally set for a case management conference on December 12, 2022. (Dkt. No. 9.) No case management statement was filed and on December 8, 2022 the conference was continued to February 6, 2023 because Defendant had not yet appeared. (Dkt. No. 10.) On February 1, 2023 the Court again continued the initial case management conference because Defendants had not yet appeared. (Dkt. No. 17.) The initial case management conference was rescheduled to February 27, 2023. Parties filed a joint case management statement on February 22, 2023. (Dkt. No. 25.) Defendants' counsel failed to appear at the February 27th hearing.

Accordingly, the Court HEREBY issues an ORDER TO SHOW CAUSE why monetary sanctions in the amount of $150 should not be imposed on counsel. Defendants shall respond in writing by no later than March 3, 2023 as to why such sanctions should not be imposed.

**IT IS SO ORDERED**.

Dated: February 28, 2023

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge