UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GLADIS FLORES SANCHEZ,<br>Plaintiff,<br>v.<br>NICOL DUDLEY, et al.,<br>Defendants. | Case No. 22-cv-05234-SK<br><br>**ORDER TO SHOW CAUSE AND SET FURTHER CASE MANAGEMENT CONFERENCE** |

The Court held a further case management conference in this matter on November 20, 2023. However, Plaintiff, who is proceeding pro se, did not appear. The Court has a full caseload and does not have the time to manage this case for Plaintiff. Plaintiff must prosecute her case diligently, which includes attending case management conferences.

Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than December 1, 2023, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

In addition, the Court ORDERS that a further case management conference is scheduled for December 4, 2023, at 1:30 p.m. This will be a videoconference held via Zoom. Plaintiff will not need attend in person.

Finally, the Court notes that on August 14, 2023, it granted an order allowing Plaintiff's former counsel to withdraw. (Dkt. No. 51.) Since then, Plaintiff has been proceeding pro se. The Court now takes this opportunity to ADVISE Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with

resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that she also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help but not legal representation.

**IT IS SO ORDERED**.

Dated: November 20, 2023



SALLIE KIM
United States Magistrate Judge