UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GLADIS FLORES SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>NICOL DUDLEY, et al.,<br><br>Defendants. | Case No. 22-cv-05234-SK<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On November 20, 2023, the Court issued an Order to Show Cause why the Court should not dismiss this case for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), based on Plaintiff's failure to appear at a case management conference. (Dkt. No. 56.) The Court admonished Plaintiff that failure to file a response to the Order to Show Cause by December 1, 2023, would lead to dismissal of this case being for failure to prosecute, without further notice to Plaintiff. Plaintiff failed to file a response to the Order to Show Cause.

The Court held another case management conference on December 11, 2023, in order to allow Plaintiff another chance to explain why this case should not be dismissed. Again, Plaintiff did not appear.

Accordingly, the Court HEREBY DISMISSES this action without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: December 11, 2023

*Sallie Kim*
SALLIE KIM
United States Magistrate Judge